## HENDRICKS *v.* THE STATE, EX REL. WAGNER.

SUPREME COURT.—*Exception.*—*Practice.*—Where no objection or exception is taken to any ruling of the court below, no question as to the rulings of that court can be presented to the Supreme Court.

From the Grant Circuit Court.

*J. Brownlee* and *H. Brownlee,* for appellant.
*A. Steele* and *R. T. St. John,*. for appellee.

BIDDLE, J.—Surety of the peace, prayed by the relator, against the appellant, before a justice of the peace. Finding and judgment against him.

He appealed to the circuit court. Trial, finding and judgment against him therein. Appeal to this court.

No objection below was made to the affidavit, no objection to the finding, and no objection to the judgment.

We can find no exception in the record.

The judgment is affirmed, at the costs of the appellant.